UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14363-CIV-CANNON/Maynard

**JOSHUA BLISS HENKEL**,

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION [ECF No. 42]

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (the "Report") [ECF No. 42], filed on May 23, 2022. Plaintiff initiated this action on October 15, 2020, seeking judicial review of the Commissioner of Social Security's unfavorable final decision on disability benefits under 42. U.S.C. § 405(g) [ECF No. 1]. Both Plaintiff and the Commissioner filed a Motion for Summary Judgment [ECF Nos. 34, 39]. On May 23, 2022, Magistrate Judge Shaniek M. Maynard issued the Report [ECF No. 42], recommending that the final administrative decision be reversed and remanded, that Plaintiff's Motion for Summary Judgment [ECF No. 34] be granted, and that Defendant's Motion for Summary Judgment [ECF No. 39] be denied. The Report bases its recommendation in a finding that the final administrative decision is not adequately supported by evidence [ECF No. 42]. Specifically, the Report highlights how the final administrative decision did not properly consider Plaintiff's bipolar disorder under Eleventh Circuit authority, specifying that the decision does not "build an accurate and logical bridge from the available evidence to the ultimate conclusion" [ECF No. 42 pp. 18–19].

CASE NO. 20-14363-CIV-CANNON/Maynard

The Report also states that the parties "shall have fourteen (14) days from the date of being served with a copy of [the Report] within which to file written objections" [ECF No. 42 p. 20]. Both parties have since indicated that they do not object to the Report [ECF Nos. 43–44]. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Report to be well reasoned and correct. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 42] is **ACCEPTED**.

    a. Plaintiff's Motion for Summary Judgment [ECF No. 34] is **GRANTED**.

    b. Defendant's Motion for Summary Judgment [ECF No. 39] is **DENIED**.

    c. Defendant's final administrative decision is **REVERSED AND REMANDED** for further administrative proceedings pursuant to 42 U.S.C. § 405(g).

2. The Court will enter a separate final judgment pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of June 2022.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record